**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
Panama City  DIVISION

**CIVIL RIGHTS COMPLAINT FORM**
**TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983**

RECEIVED BY NWFRC
JUN 11 2012
INITIAL DG

Daniel J Gould,
Inmate # 102428
(Enter full name of Plaintiff)

vs.

CASE NO: 5:12cv185-mp/CJK
(To be assigned by Clerk)

CHO Dr N.B. Gilo   NWFRC
Dr. E. Louis        NWFRC,
Nurse Smiley        NWFRC,
Nurse Fromm         NWFRC,
Ken Tucker   Sec. D.O.C.

William Churchwell Warden

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

Bard
Filed 0614'12UsDcFln4PM1213
Filed MB

Rec'd 0618'12UsDcFln3AM1055

I.  **PLAINTIFF:**

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Daniel J. Gould
Inmate Number: 102428
Prison or Jail: N.W.F.R.C.
Mailing address: 4455 Sam Mitchell Dr
Chipley    Fla
32428

II.  **DEFENDANT(S):**

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: N. B. Gilo
    Official position: Doctor / C.H.O.
    Employed at: NWFRC
    Mailing address: 4455 Sam Mitchell Dr
    Chipley Fla 32428

(2) Defendant's name: E. Louis
    Official position: Doctor
    Employed at: NWFRC
    Mailing address: 4455 Sam Mitchell Dr
    Chipley Fla 32428

(3) Defendant's name: Mrs Smiley
    Official position: Nurse
    Employed at: NWFRC
    Mailing address: 4455 Sam Mitchell Dr
    Chipley Fla 32428

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2 (a)

continued

11   Defendants

(4)   Mrs Fromm
      Nurse
      NWFRC
      4455 Sam Mitchell Dr
      Chipley Fla 32428

(5)   Ken Tucker
      Sec. of D.O.C
      Tallehassee DOC

(6)   William Churchwell
      Warden of NWFRC
      NWFRC
      4455 Sam Mitchell Dr
      Chipley Fla 32428

2(b)

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

### IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )   No( ✓ )

1. Parties to previous action:
   (a) Plaintiff(s): _____
   (b) Defendant(s): _____
2. Name of judge: _____   Case #: _____
3. County and judicial circuit: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the <u>same or similar</u> facts/issues involved in this action?

Yes( )   No( ✓ )

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____   Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____

3

7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( ✓ )   No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): Daniel J Gould
   b. Defendant(s): Charles McCutcheon et al
2. District and judicial division: ?  ? Don't know
3. Name of judge: W J Z    Case #: 9:96-CV 88
                                        55-WJZ
4. Approximate filing date: 1-22-97
5. If not still pending, date of dismissal: 1-22-97
6. Reason for dismissal: Failure to State a Claim
7. Facts and claims of case: Something to do with Mail I have no Memory of it

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( ✓ )   No( )

1. Parties to previous action:
   a. Plaintiff(s): Daniel Gould
   b. Defendant(s): Dr. N. B. Gile and 5 others
2. District and judicial division: Northern / Panama City
3. Name of judge: G R J    Case Docket # 5:12-CV 00663
                                                RS
                                                GRJ
4. Approximate filing date: 3-20-12    Dismissal date: 5-8-12
5. Reason for dismissal: Failure to Comply with Court order failure to Prosecute and for 4 abuse of the Judicial Process

6. Facts and claims of case: _____

_____

(Attach additional pages as necessary to list cases.)

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

Complaint attached
6 pages because I could only have
3 typed out and because this is
2½ years worth of Complaints

5

This is a complaint on the repeated denials of needed medication, passes and or treatment. The Petitioner claims that the medical Department deliberately and maliciously denied medical treatments and life sustaining medication. The same medical department answered numerous written grievances with lies, deception and by ignoring subjects altogether. The Petitioner was denied the grievance procedure by the lack of any type of investigation. Any and all answers given by the medical department was excepted despite the ease the lies could/would have been found out. The process itself encouraged medical's lies, noticeable by the blatancy of the lies used. Petitioner was forced to go to repeated sick calls (and charged repeated co-payments) to get medication and treatments caused by the deliberate indifference of nurses and doctors. Treatments and medication that had no reason to stop in the first place.

The Petitioner has been diagnosed with hypothyroidism, cold intolerance (a side effect of hypothyroidism that grows worse with time; approximately 24 years for the Petitioner). GERD (Gastro Esophigal Reflux Disease) and I. B. D. (Irritable Bowel Disease). These are the main issues but not the only things medical has been deliberately negligent to.

The Petitioner has a serious medical need for medication and therapeutic treatments for these diseases. Lack of Thyroid medication will in time cause organ failure or death. Lack of GERD medication will cause severe damage to the esophageal lining, cancer, or Barret's disease. Lack of treatment (a therapeutic diet) for I. B. D. will and has caused diarrhea, cramps from gas, dehydration and rectal bleeding. Cold intolerance is self explanatory and needs medical passes during winter months for long Johns, extra blanket and no prolonged exposure to temperatures under 45 degrees.

Petitioner claims that the medical department; nurses, doctors, CHO, the Warden and the Grievance Teams have been deliberately indifferent and negligent of the repeated needed medication, treatments, passes and therapeutic diets. And, the outright lies, deception and ignoring of Grievance responses medical gave that were not checked or investigated properly.

The problems started approximately on December 2009 (winter), when medical lied and falsified information in 3 consecutive grievances claiming there was no information in my medical file showing I had cold intolerance. By the time I was forced to file the 4th grievance, medical changed their response to the information was there but it was no longer cold (being May by then).

From that point a campaign of neglect and grievance retaliation has gone on for more than 2 years. Repeated denials of thyroid medication, GERD medication and cold intolerance passes and therapeutic diets. Every denial response was I needed to go to sick call (and pay another co-payment), denials of the diet passes take 3 sick call visits (and 3 co-pays) to see the doctor to get it back.

Petitioner was denied thyroid medication 7 times in under 20 months. The diet pass was denied 5 times in under 20 months. GERD medication was repeatedly denied until just recently Petitioner was told he had to take a medication that barely works and causes headaches or he'd get nothing at all, By doctor Louis. Cold intolerance passes were denied, but to bare minimum and again denied in 3 consecutive winters. Petitioner went to medical emergency twice for excessive diarrhea. A problem that is listed as something that's posted as a medical emergency. Nurse Smiley denied medical emergency because I waited 3 days. When the direct warning on a bottle of Pepto Bismal says if condition lasts more than 2 days see a doctor!

Thyroid medication has been denied for such lengths of time that petitioner's thyroid level has raised above 275. A normal level is 0.3 - 5.5. That's conceivably 200 times a normal level. Every day medication is denied gives the user flu like symptoms, depression and lethargy that grows worse not till the medication is restarted, but until the level lowers back to normal. The CHO has answered repeated grievances with how I need to go to sick call (and be charged a co-pay) to restart the medication. More than once Petitioner had an ongoing prescription at the time. Others were from the 90 day prescription being written with no refills, forcing more co-payments. The CHO knowingly responded to grievances claiming Petitioner had no medication with further denials of medication until the Petitioner submitted to being charged co-pays. The medical department took the thyroid medication to be given out as single dose in the pill window. The pill window is only open during chow time. Thyroid medication needs to be taken 1 hour before or 2-3 hours after eating. I was forced to refuse to take medication the wrong way in writing. Medical has used that against the Petitioner to claim he has refused medication. Petitioner never refused to take the medication, just refused to take them in a way that the warning on bottles says not to.

Petitioner one time was denied a diet pass renewal by nurse Smiley. After the denial and sick call visits for continued diarrhea, gas cramps, rectal bleeding and dehydration, Petitioner had to be wheeled off the rec-yard, unconscious and packed in ice from dehydration. Even after that,

when the 90 day diet pass expired, it was denied again. Every time the pass is denied the same symptoms return only to be denied again.

Petitioner went to sick call in October 2011. The nurse who couldn't prescribe medication from the side effects another medication was causing, i.e. aggravating the GERD, nor could she write a pass for cold intolerance so I was put in to see the doctor. 43 days and a grievance later the doctor, E. Louis, told me that I had to take a generic Zantac. A medication known to not work well and cause headaches. He doubled the prescription dosage. The doctor further told me the cold intolerance pass was denied because if Petitioner was given a pass, anyone who was hypothyroid would be able to get one also. A grievance on this said that I wasn't put in to see the doctor and the diet was prescribed to fix the GERD. The diet isn't for GERD. It's for I. B. D. - medication is for GERD. And, if I wasn't put in to see the doctor, why would he prescribe a diet to fix the problem? My diet pass has his signature. Plus, it's taken 40 plus days from sick call to see a doctor was ignored along with what the doctor said. That is the lies I am forced to take because none of the grievances are investigated to the continued lies and deceptions that are excepted unquestioned.

Petitioner filed a grievance when medical charged for a sick call visit that was forced, when the diet pass was written but not issued and the symptoms continued. The second visit charge was ordered to be reimbursed. Approximately a month later the medical department charged Petitioner again for the second sick call, using the same reff #. The Bureau of Grievance Appeals granted the reimbursement again. To date medical has still refused to reimburse the <u>double</u> co-pay charge they fraudulently charged Petitioner.

On 2 separate occasions new Rules were implemented on the diets. Nurse Smiley whose in charge of diets, left the Petitioner off of both call outs to sign for acknowledgment of the new rules. A grievance had to be written for that to happen.

Petitioner went to sick call for an infection of athlete's foot fungus. Petitioner had to go to sick call 3 times (and charged 3 times) to get the same medication 3 times that never worked. On the 4th sick call (and 4th charge), did they give the Petitioner a medication that worked. This whole procedure happened twice. The second time, Petitioner had to go 3 times again to get a medication that worked even with proof that the first medication didn't work.

Petitioner went to sick call for an ear infection. The first medication didn't work, so they gave medication by injection. This medication caused ulcerated sores in the mouth. The nurse

with the needle - while at medical - told me I had to go to Sick Call (being charged another co payment) about the Sores caused by their misperscribed medication. After another cycle of medications I complained and had to write grievances for a case of Tinnitus (loud ringing in the ear) and hearing loss in one ear. The Grievances were glossed over and no medical attention was given. To date I still suffer from Tinnitus and hearing loss.

Petitioner requested to review his Medical file. Then I had to Grieve not getting access to my file. I needed date and Grievance log numbers for a Health Dept complaint and this 42 USC 1983 Civil Complaint. Again request and Grievances were glossed over and to date I have been refused access to my Medical file.

Since writing this complaint I have been moved from the Annex to the Main Compound. The C.H.O. Dr Gilo invented a new set of rules against canteen purches. Then used it to deny my needed Diet Pass for the 7th time. This rule has no backing anywhere and no other inmate has to follow it. I was singled out and told If I bought any other food except fish she'd take my pass again.

A subsequent Sick Call for the return of the same symtoms I get from every Diet pass denial, was met by Nurse Fromm. The Sick Call complaint was for Severe Diarreah, Gas, Cramping, Reetal Bleeding and Dehydration. I was refused to address any of these symptoms and told to shut up or she would tell the Doctor I didn't need a pass when I showed her she

4 of 6

read the experiation date wrong. Then an D.O.C. Officer got involved in the Sick Call and told me to leave or get locked up.

I wrote a grievance for being charged for a Sick Call that none of my Complaints were addressed and an Officer was present (and got involved) during my Confidential Medical Information. That Grievance was met with lies and deception then the 8th denial of Thyroid Medication.

Since The Heathe Dept. Complaint and this Civil Suit became known all Grievances have been answered with the Same response coppied over and over. 4 Seperate Grievances so far saying that they cannot corroberate my allegation and the CHO can do any thing (including deny life Sustaining Medication). Also now Grievances state that; Confidential Health Record/ Care Information intended for addressee(s) only. Unauthorized release or disclosure may violate State and Federal law. This is Clearly Intimidation on information that being my Health Records means its up to me to decide who can read it. They weren't worried about my Confidential information during Sick Call.

With all the Diliberate Indifference, Grievance Retalliation, Intimidation, Fraudulent Medical Co-payments, Medical Negligence, Malicious Intent, Denials of Known Working Medical Treatments, Denials of Needed and Life Sustaining Medications. Lies in Grievance Responces. Grievances going unchecked and uninvest- igated beyond the lies given by the CHO Dr Gilo. Grievances met with Denials of Medication, Treatments passes and every lie the CHO Dr Gilo

5 of 6

gives is accepted unquestioned and uninvestigated in any way. Grievance Retalliation has grown in both frequency and degree. Every Denial of Medication, Passes, Treatment has happed after a grievance written. Since writing this Civil Suit My Diet pass was denied and 3 subsequent Sick Call Request were Denied also 5-11-12 (Fri) 5-14 (Mon) and 5-15 (Tues) After 7 days of dealing with Serious Digestive problems I was charge a Co pay to get the Diet pass back, by Nurse Fromm.

Daniel Gould
102428

Daniel J Gould
102428  NWFRC
4455 Sam Mitchell Dr
Chipley  Fl  32428

6 of 6

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

Violated 8th Amendment of the United States Constitution against Cruel + unusual punishment, Diliberate Indifference to Serious Medical Needs of prisoners Constitutes the Unnecessary and Wanton inflection and pain and Suffering. Medical Co-pay Fraud Medical Negligence, Malicious Intent, Falsifying Medical Records, Grievance Retalliation, Attempted Murder by Denial of life Sustaining Medication. Violation of the Hypocratic Oath of Doctors

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

$25,000 for Medical fraud reimbursement, Pain + Suffering and Physical Damage Medical license Revocation for all Medical personal involved All Medication, Treatments and passes needed to be Court Ordered A full hault to Retalliation and Intimidation

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

6-11-12
(Date)

_____ 102428
(Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on:
the 11 day of June, 20 12.

_____
(Signature of Plaintiff)

Revised 03/07

7

VI Statement of Claims: cont.

1. Diliberate Indifference: Denials of Medications and needed Treatments for rules that don't exsist. Singleing Petitioner out for restrictions. Making Medical rules and withielding passes and medication for not following these rules. Answering Grievance's claiming no Thyroid Medication with threats and orders to have to pay to get them back through Sick Call on at least 8 occasions. Denials of Diet passes on 7 occasions knowing the Pain and Suffering - up to and including loosing Consincesness on the rec-yard - every single time. Denials of ocid reflux desease medication

2. Medical Fraud: Being made to Pay Co-payment charges for the Continuation of life Sustaining Medication, for side effects from perscribed injections, repeted charges (6) for foot fungus, repeted charges for Diet passes, Charges for being denied Medical Emergency, charges for being told rules to made up restrictions, charges for Sick Call visits that did absolutly nothing but threaten confinement

3. Medical Negligence; Perscribing Medication totally contrary to manufactor's Warnings, Not Keeping life Sustaining Medication ordered. Denying life Sustaining Medication, Deny known working Theraputic diet, Denials of G.E.R.D. medication, Misperscribing medications for Ear infections perscribing medications known not to work and known to cause bad side effects

4. Malicious Intent: Witholding life Sustaining Medication that still had an ongoing perscription. Answering Grievances with outright lies and deceptions. Answering Grievances showing that life Sustaining was not being given and still not fixing the problem

8 b

VI Statement of Claims cont

Inventing rules and restrictions that no other inmate has - refusing to even begin to describe them and telling me I have to pay a Co pay to ask for them. Being told by a Nurse if I don't Shut up She would tell the Doctor I don't need a diet Pass. Being told by a nurse that my medical Emergency doesn't qualify as an Emergency when the list of things that do qualify has what I was suffering from - then get charged 2 Co pays for medical help.

5  Falsifying Medical Records: From the very first 4 grievances written At N.W.F.R.C Annex Medical has lied to me, to the Warden and to Tallahassee Bureau of Grievances. The lies have gone unchecked and un-investigated. Any lie that was too obvious was answered its uncooberated. The unquestioned lies has led Medical and C HO Dr Giglo to know that any lie no matter how Obvious or Blatant will be accepted so the lies became more Oblivious and Blatant

6  Grievance Retalliation: Every Denial of the Diet, every Denial of Thyroid Medication, of GERD Medication, of Medical treatments, of Medical Emergencies, of Sick Call of Grievance lies of needed passes, Every one is blatantly done after I've written a Grievance. Cell Shearches where my copies of Grievance are Confiscated, Denials of my wanting access to my medical file all happen after a written Grievance.

7)  Attempted Murder: Denials of the Diet pass leading to the return of Severe Diahreah, Gas, Cramps
& c

VI Statement of Claims Cont.

Rectal Bleeding and Dehydration during one Summer led to me loosing Consciousness on the rec-yard and bashing my head bloody. And on 8 Seperate times I was denied Thyroid Medication. Hypothyroidism left unmedicated will cause Organ Failure and Death. In the past 30 months I was denied this Life Sustaining Medication. Multiple times I was continued to be denied the medication while C.H.O. Dr Gilo responded to Grievances while my T.S.H. level continued to rise to over 200 times normal levels. The doctor refused to fix the problem in lieu of forcing me to have to pay more fradulent Co payment to re start a medication that I will need every day of my life - it has no Medical reason to ever stop.

8. C.H.O. Dr Gilo violated the Hypocratic Oath in the part that States "They will first do no harm" or words to that effect. Unmedicated Thyroid Desease, Symptons from G.E.R.D. that can cause physical Permanent damage, Symptons of my I.B.S that are listed in prison Medical as reason for Emergency Medical Declaration, Dehydration leading to Passing out. Misprecribed ear infection Medication leading to hearing loss and Severe Tinnitus. Cold Intolerance needs from Hypothyroidsm. And Inventing a set of rules concerning keepping the Diet Pass active thats impossible to follow. The rules exsist nowhere and Dr. Gilo refuses to state what they are unless I pay for another Co-payment. Dr Gilo has responded to all of these things in Grievances with lies and Deception but not fixing the problem. She is the cause of the problems and

VI Statement of Claims Cont.

and symptoms continuing insted of being the cause of things being treated medically. When being notified of the problem Dr Gile chose to let the Serious Medical need Continue when She had the ability to just fix the problem.

Date
6-11-12

Daniel Gould issuer

Daniel Gould 102428
NWFRC
4455 Sam Mitchell Dr
Chipley  Fla  32428

Daniel Gould 102428 H1207 up  
North West Fla Reception Center  
4455 Sam Mitchell Dr  
Chipley Fla 32428



MAILED FROM A STATE  
CORRECTIONAL INSTITUTION  
//www.dc.state.fl.us/index.html

U.S. District Court  
Northern Division  
111 N. Adams St.  
Tallahassee     Fla  
32301

